SEALED
BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

SARAH GILL
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2000

at 10 o'clock and 45 min. A.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00349SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. § 2241(C)] |
| ) | |
| MICHAEL ACID, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury Charges:

On or about the 29th day of May, 1999, in the District of Hawaii, within the boundaries of Hickam Air Force Base, an area within the special maritime and territorial jurisdiction of the United States, the defendant, MICHAEL ACID, did knowingly engage in a sexual act, to wit, placing at least one finger into

the vagina of the victim, A. C. H., a person who at that time had not attained the age of 12 years.

All in violation of Title 18, United States Code, Section 2241(c).

DATED: 30 Aug 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
SARAH GILL
Special Assistant U.S. Attorney

UNITED STATES v. MICHAEL ACID
INDICTMENT

2