PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

for the

## DISTRICT OF HAWAII

MAY 2 6 2006

at 10 o'clock and 5 min. P M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MICHAEL ACID          Case Number: CR 00-00349SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                       U.S. District Judge

Date of Original Sentence: 9/10/2001

Original Offense:   ABUSIVE SEXUAL CONTACT OF A MINOR, in violation of
                    18 U.S.C. §§ 2244(a)(2) and 2244(c), a Class D felony

Original Sentence:  The defendant is hereby committed to the custody of the
                    United States Bureau of Prisons to be imprisoned for a total term of
                    72 months to be followed by 3 years supervised release with the
                    following special conditions: 1) That the defendant shall report his
                    residence address and any subsequent change in residence to the
                    Probation Office and shall register as a sex offender in any state
                    where he maintains his residence and employment and/or attends
                    school; 2) That the defendant shall submit his person, residence,
                    place of employment, computer and disks, or vehicle to a search
                    conducted by the U.S. Probation Office at a reasonable time and in
                    a reasonable manner, based upon reasonable suspicion of
                    contraband or evidence of a violation of a condition of release.
                    Failure to submit to a search may be grounds for revocation. The
                    defendant shall warn any other resident that he premises may be
                    subject to search pursuant to this condition; 3) That the defendant
                    participate in sex offender and mental health evaluation and
                    treatment until clinically discharged, as directed by the Probation
                    Office; 4) That the defendant not make or attempt to make contact,
                    directly or indirectly, with the victim or any other party significantly
                    related to the victim, without the prior knowledge and authorization
                    of the Probation Office; and 5) That the defendant not make or
                    attempt to make contact, directly or indirectly, with any minor
                    female or reside in the same residence as any minor females
                    without prior permission by the Probation Office.

Type of Supervision: Supervised Release   Date Supervision to Commence: 1/21/2007

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

6)   The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation officer and shall report to the probation officer immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

7)   The defendant shall be prohibited from engaging in any occupation, business, profession, or volunteer work where he has access to children under the age of 18 without prior written approval from the probation officer.

8)   The defendant shall not loiter within 100 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18.

9)   The defendant shall not possess obscene material as deemed inappropriate by the probation officer and/or treatment staff, or patronize any place where such material or entertainment is available.

## CAUSE

The offender is not in violation of his conditions of supervised release. The offender is currently serving his term of imprisonment at the Federal Correctional Institution (FCI) Butner, North Carolina. His projected release date is 1/21/2007.

The offender's case manager at FCI Butner is currently working with the offender on his supervision release plan. The offender currently has no ties in Hawaii and his extended family resides in St. Louis, Missouri. The offender is requesting relocation to the Eastern District of Missouri (ED/MO). Contact with ED/MO U.S. Probation Office, and the case manager at FCI Butner, revealed that ED/MO would consider the offender's relocation plan with the modified special conditions stated above. These conditions are specific to their district. The offender has agreed to the modified conditions.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modifications of the conditions of supervised release. The

Prob 12B
(7/93)

3

offender's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

Respectfully submitted by,

LISA K.T. JICHA
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 5/23/2006

---

THE COURT ORDERS:

[✓]   The Modifications of Conditions as Noted Above
[ ]   Other

SUSAN OKI MOLLWAY
U.S. District Judge

5/25/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓] To modify the conditions of supervision as follows:

6) The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation officer and shall report to the probation officer immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

7) The defendant shall be prohibited from engaging in any occupation, business, profession, or volunteer work where he has access to children under the age of 18 without prior written approval from the probation officer.

8) The defendant shall not loiter within 100 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18.

9) The defendant shall not possess obscene material as deemed inappropriate by the probation officer and/or treatment staff, or patronize any place where such material or entertainment is available.

Witness: _____
LISA K.T. JICHA
U.S. Probation Officer

_____
REGINA WILLIAMS
Case Manager/FCI Butner

Signed: _____
MICHAEL ACID
Supervised Releasee

5/11/06
Date