PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2007

at 10 o'clock and 50 min A M
SUE BEITIA, CLERK

# United States District Court

### for the

### DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  MICHAEL ACID              Case Number:  CR 00-00349SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence:  9/10/2001

Original Offense:   ABUSIVE SEXUAL CONTACT OF A MINOR, in violation of
                    18 U.S.C. §§ 2244(a)(2) and 2244(c), a Class D felony

Original Sentence:  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 72 months to be followed by 3 years supervised release with the following special conditions:  1) That the defendant shall report his residence address and any subsequent change in residence to the Probation Office and shall register as a sex offender in any state where he maintains his residence and employment and/or attends school; 2) That the defendant shall submit his person, residence, place of employment, computer and disks, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that he premises may be subject to search pursuant to this condition; 3) That the defendant participate in sex offender and mental health evaluation and treatment until clinically discharged, as directed by the Probation Office; 4) That the defendant not make or attempt to make contact, directly or indirectly, with the victim or any other party significantly related to the victim, without the prior knowledge and authorization of the Probation Office; and 5) That the defendant not make or attempt to make contact, directly or indirectly, with any minor female or reside in the same residence as any minor females without prior permission by the Probation Office.

Prob 12B
(7/93)

2

Modified Sentence: On 5/26/2006, the Court imposed the following special conditions that were requested by the Eastern District of Missouri as a requirement of the offender's relocation:  6) The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation officer and shall report to the probation officer immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18; 7) The defendant shall be prohibited from engaging in any occupation, business, profession, or volunteer work where he has access to children under the age of 18 without prior written approval from the probation officer; 8) The defendant shall not loiter within 100 feet of schools, parks, playgrounds, arcades, or other places frequented by children under the age of 18; and 9) The defendant shall not possess obscene material as deemed inappropriate by the probation officer and/or treatment staff, or patronize any place where such material or entertainment is available.

<u>Type of Supervision:  Supervised Release Date Supervision to Commence:  11/22/2006</u>

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

10)   The defendant shall participate in a sex-offense specific treatment program.  The defendant shall enter, cooperate, and complete said program until released by the United States Probation Officer.  The defendant shall abide by all policies and procedures of the sex-offense specific program.  During the course of said treatment, the defendant shall be subject to periodic and random physiological testing which may include but is not limited to polygraph testing and/or other specialized assessment instruments.  The defendant shall pay for the costs associated with treatment based on a co-payment fee approved by the United States Probation Office.  Co-payments shall never exceed the total costs of treatment.

11)   The defendant shall not subscribe to or use any Internet service without first receiving written permission of the probation officer.  If Internet access is granted, the defendant shall consent to the probation officer or probation service representative conducting periodic unannounced examinations of any computer(s) equipment to which the defendant has access, which may include retrieval, and copying of all data from the computer(s) and any internal and external peripherals to insure compliance with this condition, and/or removal of such equipment for the purpose of conducting a more thorough inspection.  The defendant shall, at the direction of the probation officer, consent to having installed on the

computer(s), at the defendant's expense, any hardware or software systems to monitor or restrict computer use. Failure to comply with this condition may be grounds for revocation; the defendant shall warn any other residents or employer(s) that the computer(s) and related materials will be subject to the requirements of this condition.

### CAUSE

The offender is not in violation of his conditions of supervised release. On 5/26/2006, Special Condition Nos. 6 through 9 were added so as to comply with the offender's desire to relocate to the Eastern District of Missouri (ED/MO) and ED/MO's requirements to accept supervision. ED/MO has supervised the offender since his release on 11/22/2006. To further align with the policies and conditions being used in ED/MO, we are recommending that his conditions be modified as reflected above. The additional conditions are needed to continue to promote effective community-based supervision. The offender has agreed to the modified conditions.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modifications of the conditions of supervised release. The U.S. Attorney's Office has been notified of the proposed modifications and has no objections to the modifications. On 5/9/2007, Assistant Federal Public Defender (AFPD) Loretta A. Faymonville indicated that she had spoken with the offender and had placed the onus on him as to a decision. AFPD Faymonville takes no position on this modification.

Respectfully submitted by,

KEVIN S. TERUYA
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 5/9/2007

Prob 12B
(7/93)

4

## THE COURT ORDERS:

[✓]   The Modifications of Conditions as Noted Above
[ ]   Other

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge

6/13/07
Date

## NOTICE REGARDING MODIFICATION OF CONDITIONS

The defendant understands that any modification of court-ordered conditions is not a waiver of those conditions or of any consequence of violating those conditions. Violations that have preceded this or any modification of conditions may be considered by the court as a basis for revoking supervised release or probation, especially, but not only, in the event of a future violation, whether any such future violation is similar to or different from any preceding violation.

The absence of this notice does not confer, and should not be interpreted by the defendant as conferring, any rights on the defendant. The absence of this notice does not indicate, and should not be interpreted by the defendant as indicating, any position by the court or by the defendant. Even in the absence of this notice, supervised release or probation may, in the future, be revoked based on violations occurring before this or any other modification of conditions.

Agreed to and acknowledged:

_[signature]_
Defendant

Print Name: MICHAEL ACID

Date: 5/23/07

PROB 49
(3/89)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a sex-offense specific treatment program. The defendant shall enter, cooperate, and complete said program until released by the United States Probation Officer. The defendant shall abide by all policies and procedures of the sex-offense specific program. During the course of said treatment, the defendant shall be subject to periodic and random physiological testing which may include but is not limited to polygraph testing and/or other specialized assessment instruments. The defendant shall pay for the costs associated with treatment based on a co-payment fee approved by the United States Probation Office. Co-payments shall never exceed the total costs of treatment.

The defendant shall not subscribe to or use any Internet service without first receiving written permission of the probation officer. If Internet access is granted, the defendant shall consent to the probation officer or probation service representative conducting periodic unannounced examinations of any computer(s) equipment to which the defendant has access, which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals to insure compliance with this condition, and/or removal of such equipment for the purpose of conducting a more thorough inspection. The defendant shall, at the direction of the probation officer, consent to having installed on the computer(s), at the defendant's expense, any hardware or software systems to monitor or restrict computer use. Failure to comply with this condition may be grounds for revocation; the defendant shall warn any other residents or employer(s) that the computer(s) and related materials will be subject to the requirements of this condition.

Witness: _____    Signed: _____

Date: 2/8/07

I:\krf\activity\Acid, Michael\modification waiver