PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

ORIGINAL

| DOCKET NUMBER (Tran. Court) |
|---|
| CR 00-00349SOM-01 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 4:08CR00022 CEJ |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| MICHAEL ACID | District of Hawaii | Honolulu |

| NAME OF SENTENCING JUDGE |
|---|
| SUSAN OKI MOLLWAY |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/19/2007 | TO 1/18/2010 |
|---|---|---|

**OFFENSE**

ABUSIVE SEXUAL CONTACT OF A MINOR, in violation of 18 U.S.C. §§ 2244(a)(2) and 2244(c), a Class D felony.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 22 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Eastern District of Missouri (St. Louis)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/12/07
Date

_Susan Oki Mollway_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Missouri (St. Louis)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 7, 2008
Effective Date

_[signature]_
United States District Judge