# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 6, 2008

Office of the Clerk
United States District Court
Eastern District of Missouri (St. Louis)
Thomas F. Eagleton US Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

RE:   TRANSFER OF JURISDICTION
      CR 00-00349 SOM-01
      Your Case No. 4:08 CR 00022 CEJ
      USA vs. Michael Acid

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

(_____)  Certified Copy of the Criminal Complaint

(__✔__)   Certified Copy of the Indictment

(__✔__)   Certified Copy of Judgment In A Criminal Case

(__✔__)   Certified Copy of the Docket Sheet

(__✔__)   Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk
Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

*****************************************************************************

Receipt is acknowledged by:         Clerk, U.S. District Court

Dated: _____            By: _____